**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ollie Franklin
                      Plaintiff,

v.                                        Case No.: 1:15−cv−04251
                                                        Honorable Jeffrey Cole

Brett's Kitchen, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 19, 2015:

      MINUTE entry before the Honorable Jeffrey Cole: Status hearing date of 9/3/2015 is stricken. Pursuant to the agreed dismissal order,entered this day, the court retains jurisdiction to enforce the settlement agreement. Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.