UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLLIE FRANKLIN, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRETT'S KITCHEN, INC.; RUFINO MERAZ; and LOURDES MERAZ, <br><br> Defendants. | 15 CV 4251 <br> Honorable Jeffrey Cole |

### AGREED DISMISSAL ORDER

IT IS HEREBY ORDERED:

1. Pursuant to settlement of the parties, this cause of action is DISMISSED WITH PREJUDICE;

2. This Court retains jurisdiction until April 15, 2016 to enforce the terms of the settlement agreement.

ENTER:

_____
Magistrate Judge Jeffrey Cole

Aug 18, 2015
Date

Edith Holland
GOTTREICH & GRACE
200 W. Superior Street, Suite 210
Chicago, IL 60654
312-943-0600
(f)312-943-7133